# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144089(15)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                 SC: 144089
                                 COA: 303355

CHUCK WILLIAM BACON,
          Defendant-Appellant.
                                 Wayne CC: 06-005895-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's June 25, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012                    _____

d1217                                          Clerk